**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **THOMAS GRISSOM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-187-TFM-B** |
| | ) | |
| **FRANK BISIGNANO, Commissioner of Social Security,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# <u>JUDGMENT</u>

In accordance with the prior proceedings, opinions, and orders of this Court, it is **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner is **AFFIRMED**. Judgment is entered in favor of the Defendant Commissioner and against the Plaintiff Thomas Grissom and this case is **DISMISSED with prejudice**.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

**DONE** and **ORDERED** this 14th day of September, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE